### CAMPBELL *v.* THE STATE.

ATKINSON, J. No complaint being made of any error committed on the trial, and the evidence being sufficient to support the verdict of guilty, there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1186. APRIL 16, 1919.

Indictment for murder. Before Judge Harrell. Calhoun superior court. October 2, 1918.

*E. L. Smith,* for plaintiff in error.

*Clifford Walker, attorney-general, R. C. Bell, solicitor-general, F. A. Hooper,* and *M. C. Bennet,* contra.